**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TFHSP LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:17-cv-00442-O** |
| | § | |
| **DEUTSCHE BANK NATIONAL** | § | |
| **TRUST CO.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 17. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Report and Recommendation of the United States Magistrate Judge is accepted as the findings of the Court. Accordingly, Defendant's Motion to Dismiss (ECF No. 6) is **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**.

**SO ORDERED** on this **13th day** of **September, 2017**.


Reed O'Connor
**UNITED STATES DISTRICT JUDGE**